UNITED STATES of America, Plaintiff–Appellee,

v.

Cedric Bernard JACKSON, Defendant–Appellant.

No. 05–11376
Non–Argument Calendar.
D.C. Docket No. 90–00138–CR–WS.

United States Court of Appeals, Eleventh Circuit.

Sept. 2, 2005.

Kristen Gartman Rogers, SAL–Federal Public Defender, Frederick W. Tiemann, Carlos Alfredo Williams, Southern District of Alabama Federal Defender Org., Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before ANDERSON, BLACK and PRYOR, Circuit Judges.

PER CURIAM.

Kristen Gartman Rogers, appointed counsel for Cedric Bernard Jackson in this direct criminal appeal, has moved to withdraw from further representation of Jackson because, in her view, Jackson's appeal has no merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is GRANTED and the revocation of Jackson's supervised release and 24–month sentence are AFFIRMED.